**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **CORETEK LICENSING LLC,**<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>**PLANTRONICS, INC.,**<br><br>　　　　　　　　Defendant. | Civil Action No.: 1:20-cv-01607-MN-CJB<br><br>**TRIAL BY JURY DEMANDED** |

### MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Coretek Licensing LLC, by and through undersigned counsel and subject to the approval of this Court, hereby files this Motion to Stay All Deadlines and Notice of Settlement, and in support thereof, respectfully shows the Court as follows:

All matters in controversy between Plaintiff and Defendant Plantronics, Inc. have been settled in principle.  The parties are in the process of memorializing the terms of a written settlement agreement.  The parties anticipate that they will be able to perform such terms within sixty (60) days.  Accordingly, Plaintiff respectfully requests that the Court grant a stay of the proceedings between the parties, including all deadlines, until April 23, 2021.

Good cause exists for granting this Motion, as set forth above.  The motion is not filed for purposes of delay but so that justice may be served.

### CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Plaintiff conferred with Defendant about the issues presented here.  Defendant indicated that it was not opposed to the relief sought herein.

| | |
|---|---|
| Dated: February 22, 2021 | Respectfully submitted, |
| Of counsel: | CHONG LAW FIRM PA |
| Andrew S. Curfman (*Pro hac vice*)<br>Sand, Sebolt & Wernow Co., LPA<br>Aegis Tower – Suite 1100<br>4940 Munson Street NW<br>Canton, Ohio 44718<br>Telephone: (330) 244-1174<br>Facsimile: (330) 244-1173<br>andrew.curfman@sswip.com | */s/ Jimmy Chong*<br>Jimmy Chong (#4839)<br>2961 Centerville Road, Suite 350<br>Wilmington, DE 19808<br>Telephone: (302) 999-9480<br>Facsimile: (877) 796-4627<br>Email: chong@chonglawfirm.com<br><br>ATTORNEYS FOR PLAINTIFF |

SO ORDERED this _____ day of February, 2021.

_____
UNITED STATES MAGISTRATE JUDGE